JS-6
FILED
CLERK, U.S. DISTRICT COURT
2/19/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN LEROY BREWER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:18-cv-00341-MAA<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: February 19, 2019

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE